**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | |
|---|---|
| MARIO D. ADAWAY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )      No. 1:26-CV-00044 RWS |
| | ) |
| ANDY JOHNSON,[1] | ) |
| | ) |
| Respondent. | ) |

**MEMORANDUM AND ORDER**

Petitioner Mario Adaway filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, but he has neither paid the filing fee nor filed a motion for leave to proceed in forma pauperis. "The Clerk may refuse to receive and file any pleading or document in any case until the applicable statutory fee is paid, except in cases accompanied by a completed application to proceed in forma pauperis." E.D. Mo. Local Rule 2.01(B)(1).

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner must either pay the $5.00 filing fee or submit a motion for leave to proceed in forma pauperis, within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail to Petitioner a copy of the Court's form Motion to Proceed in Forma Pauperis and Affidavit in Support – Habeas Cases.

---

[1] Petitioner names Ste. Genevieve County Jail as the Respondent in this action. However, Rule 2(a) of the Rules Governing Section 2254 and Section 2255 Proceedings in the United States District Courts provides that the proper respondent for a prisoner currently in custody pursuant to a state court judgment is the state officer having custody of the respondent. Rule 2 applies to habeas petitions arising under 28 U.S.C. § 2241 as well. *See* Rule 1(b) of the Rules Governing § 2254 Cases (stating that the "district court may apply any or all of these rules to a habeas corpus petition not covered by Rule 1(a)"). Because Lieutenant Andy Johnson is the Jail Administrator at the Ste. Genevieve County Jail, he is the proper Respondent.

**IT IS FINALLY ORDERED** that if Petitioner fails to comply with this Order, the Court will dismiss this action without further notice.

Dated this 2nd day of March, 2026.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

2