**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

MARIO D. ADAWAY,                       )
                                       )
              Petitioner,              )
                                       )
      v.                               )        No. 1:26-CV-00044 RWS
                                       )
ANDY JOHNSON,                          )
                                       )
              Respondent.              )

## MEMORANDUM AND ORDER

Self-represented Petitioner Mario Adaway updated his address with the Court on March 9, 2026, indicating that he is currently being held at the Oklahoma City Federal Transfer Center in Oklahoma City, Oklahoma. [ECF No. 3]. Because Petitioner was moved from Ste. Genevieve County Jail to FTC Oklahoma City, it does not appear that Petitioner received the Court's March 2, 2026, Memorandum and Order, which required him to either pay the $5.00 filing fee or submit a motion for leave to proceed in forma pauperis by April 1, 2026. [ECF No. 2]. As such, the Court will provide Petitioner with additional time to comply with the Court's Order.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall provide Petitioner with a copy of the docket sheet as well as the Memorandum and Order issued on March 2, 2026. [ECF No. 2].

**IT IS FURTHER ORDERED** that Petitioner must either pay the $5.00 filing fee or submit a motion for leave to proceed in forma pauperis, within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail to Petitioner a copy of the Court's form Motion to Proceed in Forma Pauperis and Affidavit in Support – Habeas Cases.

**IT IS FINALLY ORDERED** that if Petitioner fails to comply with this Order, the Court will dismiss this action without further notice.

Dated this 26th day of March 2026.

_____

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE